DIEDRICH WERFELMAN et al., Respondents, *v.* THE MANHATTAN RAILWAY COMPANY et al., Appellants.

(Argued June 2, 1892; decided June 17, 1892.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made July 18, 1890, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Samuel Blythe Rogers* for appellants.

*Henry G. Atwater* for respondents.

Agree to reverse and grant new trial on authority of *Roberts* v. *N. Y. E. R. R. Co.* (128 N. Y. 455), and *Malcom* v. *Manhattan R. Co.* (133 id. 664).

All concur.

Judgment reversed. _____